

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM H. WYATT, JR.,

    Plaintiff,

v.                          Civil Action No. **3:08CV630**

DARNLEY R. HODGE, SR. <u>et al.</u>,

    Defendants.

### MEMORANDUM OPINION

On October 30, 2008, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed <u>in forma pauperis</u>. By Memorandum Order entered on January 9, 2009, the Court denied leave to proceed <u>in forma pauperis</u> and ordered Plaintiff to pay the full filing fee of $350.00 within eleven (11) days of the date of entry thereof. Plaintiff has not paid the filing fee. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

An appropriate Order shall issue.

                                /s/       REP

                            Robert E. Payne
                            Senior United States District Judge

Date: _February 4, 2009_
Richmond, Virginia